```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 09630
    PARALEE HOLMES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-1622


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/17/2005 and was confirmed 04/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.37% from remaining funds.

    The case was paid in full 06/13/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
CASH FLOW CONSULTANTS      UNSECURED      NOT FILED            .00           .00
CB USA                     NOTICE ONLY    NOT FILED            .00           .00
CHARTER ONE BANK           UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED         360.00            .00        117.53
AT & T WIRELESS            UNSECURED      NOT FILED            .00           .00
CHICAGO MUNICIPAL COURT    UNSECURED      NOT FILED            .00           .00
CHICAGO MUNICIPAL COURT    UNSECURED      NOT FILED            .00           .00
COLLECTECH SYSTEMS         NOTICE ONLY    NOT FILED            .00           .00
CREDIT PROTECTION          UNSECURED      NOT FILED            .00           .00
DEBT RECOVERY SOLUTION     NOTICE ONLY    NOT FILED            .00           .00
CB USA                     UNSECURED        1710.08            .00        553.54
FBCS INC                   UNSECURED      NOT FILED            .00           .00
FINANICAL RECOVERY SERVI   NOTICE ONLY    NOT FILED            .00           .00
FIRST COLLECTION SERVICE   NOTICE ONLY    NOT FILED            .00           .00
PREMIER BANCARD CHARTER    UNSECURED         420.46            .00        136.10
FREEDMAN ANSELMO & LINDB   NOTICE ONLY    NOT FILED            .00           .00
GC SERVICES                NOTICE ONLY    NOT FILED            .00           .00
ILLINOIS TELEPHONE CORP    UNSECURED      NOT FILED            .00           .00
IQ TEL                     UNSECURED      NOT FILED            .00           .00
LEADING EDGE RECOVERY      NOTICE ONLY    NOT FILED            .00           .00
LINEGARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED            .00           .00
MCI                        UNSECURED      NOT FILED            .00           .00
MONEY CONTROL INC          NOTICE ONLY    NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH      .00              .00           .00
POTTERY BARN               UNSECURED      NOT FILED            .00           .00
AT & T BANKRUPCTY          FILED LATE       1120.65            .00           .00
US SPRINT                  UNSECURED      NOT FILED            .00           .00
SWISS COLONY               UNSECURED      NOT FILED            .00           .00
T-MOBILE BANKRUPTCY        UNSECURED         279.88            .00         90.59
TIDEWATER MOTOR CREDIT     UNSECURED        8696.35            .00       2814.92
WAL MART STORES INC        UNSECURED      NOT FILED            .00           .00
WEXLER & WEXLER            NOTICE ONLY    NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 09630 PARALEE HOLMES
```

```
DEBT RECOVERY SOLUTION    UNSECURED OTH       70.70              .00           22.14
LEGAL HELPERS PC          DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                             365.18
DEBTOR REFUND             REFUND                                              112.00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,412.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        3,734.82
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               365.18
DEBTOR REFUND                                      112.00
                         ---------------     ---------------
TOTALS                   6,412.00                6,412.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 09/25/08              /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE